IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRIAN DOBRY,

    Plaintiff,

v.  Case No. 2:21-cv-00521-JCH-SCY

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

ORDER ADOPTING
PROPOSED FINDINGS AND RECOMMENDATION

**THIS MATTER** is before the Court on United States Magistrate Judge Steven C. Yarbrough's August 1, 2022 Proposed Findings And Recommended Disposition ("PFRD"). (ECF No. 36). Judge Yarbrough recommended the Court deny Motion to Remand, (ECF No. 29). Judge Yarbrough found that the Plaintiff did not raise any claims of error on appeal. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. (ECF No. 36 at 5). The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

    Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

    **IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS United States Magistrate Judge Yarbrough's Proposed Findings and Recommended Disposition, (ECF No. 36);

2

2. Plaintiff's Motion To Remand, (ECF No. 29), is DENIED.

**IT IS SO ORDERED**.

_____
SENIOR UNITED STATES DISTRICT JUDGE